THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON, *et al.*,<br><br>     Plaintiffs,<br> v.<br><br>NORTHBOUND MASONRY LLC,<br><br>     Defendant. | CASE NO. C24-1517-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court *sua sponte*. Plaintiff provided the Court with an affidavit of service of summons and complaint on Defendant on October 25, 2024. (Dkt. No. 8.) Since then, the case has been dormant. Defendant has not appeared, and Plaintiff has not sought default. Accordingly, Plaintiff is ORDERED within ten (10) days to show cause why the Court should not dismiss this action without prejudice for failure to prosecute.

//

//

//

//

MINUTE ORDER
C24-1517-JCC
PAGE - 1

DATED this 24th day of February 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk
